IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 99-121-2 |
| v. | : | |
| | : | CIVIL ACTION NO. |
| SALVATORE L. PELULLO | : | NO. 12-4965 |

**ORDER**

BERLE M. SCHILLER, J.,

AND NOW, this 23 day of May, 2013, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DISMISSED.

3. There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

BERLE M. SCHILLER, J.

8